No. 04–9186. EAK v. MECHLING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE. C. A. 3d Cir. Certiorari denied.

No. 04–9187. CRUTHIRD v. DISTRICT ATTORNEY, SUFFOLK COUNTY, MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 04–9206. RITCHIE v. CLUFF, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9224. FULLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9226. MILLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9254. BLUBAUGH v. AMERICAN CONTRACT BRIDGE LEAGUE ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–9266. MUNSON v. MCADORY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–9268. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9277. CASTRO, AKA SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9281. SHAMBRY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9285. LUONG, AKA AH SING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9287. LOPEZ-MUNOZ v. UNITED STATES; and ORDUNA-CARRILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9289. MASKO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9293. CAMERON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.